# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF DELAWARE

-------------------------------------------------------x
:
In re                                                  : Chapter 11
:
AFA INVESTMENT INC.,                                   : Case No. 12-11127 (____)
:
      Debtor.                                       :
:
Employer's Tax Identification                          :
No. 26-2710331                                         :
:
-------------------------------------------------------x


-------------------------------------------------------x
:
In re                                                  : Chapter 11
:
AMERICAN FOODSERVICE CORPORATION,                      : Case No. 12-11129 (____)
:
      Debtor.                                       :
:
Employer's Tax Identification                          :
No. 23-1881780                                         :
:
-------------------------------------------------------x


-------------------------------------------------------x
:
In re                                                  : Chapter 11
:
AMERICAN FRESH FOODS, INC.,                            : Case No. 12-11130 (____)
:
      Debtor.                                       :
:
Employer's Tax Identification                          :
No. 20-1607389                                         :
:
-------------------------------------------------------x

ATI-2511094v7

```
-------------------------------------------------x
                                                 :
In re                                            :   Chapter 11
                                                 :
AMERICAN FRESH FOODS, L.P.,                      :   Case No. 12-11133 (____)
                                                 :
        Debtor.                                  :
                                                 :
Employer's Tax Identification                    :
No. 51-0397302                                   :
                                                 :
-------------------------------------------------x


-------------------------------------------------x
                                                 :
In re                                            :   Chapter 11
                                                 :
AFA FOODS, INC.                                  :   Case No. 12-11128 (____)
                                                 :
        Debtor.                                  :
                                                 :
Employer's Tax Identification                    :
No. 26-2710429                                   :
                                                 :
-------------------------------------------------x


-------------------------------------------------x
                                                 :
In re                                            :   Chapter 11
                                                 :
AMERICAN FRESH FOODS, LLC,                       :   Case No. 12-11132 (____)
                                                 :
        Debtor.                                  :
                                                 :
Employer's Tax Identification                    :
No. 51-0397301                                   :
                                                 :
-------------------------------------------------x
```

ATI-2511094v7

```
------------------------------------------------x
                                                :
In re                                           :   Chapter 11
                                                :
FAIRBANK RECONSTRUCTION                         :   Case No. 12-11135 (____)
CORPORATION,                                    :
                                                :
        Debtor.                                 :
                                                :
Employer's Tax Identification                   :
No. 16-1352405                                  :
                                                :
------------------------------------------------x


------------------------------------------------x
                                                :
In re                                           :   Chapter 11
                                                :
AMERICAN FOODSERVICE INVESTMENT                 :   Case No. 12-11131 (____)
COMPANY, LLC,                                   :
                                                :
        Debtor.                                 :
                                                :
Employer's Tax Identification                   :
No. 51-0399525                                  :
                                                :
------------------------------------------------x


------------------------------------------------x
                                                :
In re                                           :   Chapter 11
                                                :
UNITED FOOD GROUP LLC,                          :   Case No. 12-11134 (____)
                                                :
        Debtor.                                 :
                                                :
Employer's Tax Identification                   :
No. 95-4527584                                  :
                                                :
------------------------------------------------x
```

ATI-2511094v7

## MOTION OF THE DEBTORS FOR AN ORDER DIRECTING THE JOINT ADMINISTRATION OF THEIR CHAPTER 11 CASES

The above-captioned debtors (collectively, the "Debtors")[1] hereby move the United States Bankruptcy Court for the District of Delaware (the "Court") for the entry of an order pursuant to pursuant to Rule 1015(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and Rule 1015-1 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Rules") (a) directing the joint administration of the Debtors' chapter 11 cases and the consolidation thereof for procedural purposes only and (b) granting certain related relief. In support of this Motion, the Debtors incorporate the statements contained in the Declaration of Ron Allen in Support of First-Day Pleadings (the "First Day Declaration") filed contemporaneously herewith and further respectfully state as follows:

### Background

1. On the date hereof (the "Petition Date"), each of the Debtors commenced a case under chapter 11 of the Bankruptcy Code.

2. This Court has jurisdiction to consider this matter pursuant to 28 U.S.C. §§ 157 and 1334. This is a core proceeding pursuant to 28 U.S.C. § 157(b). Venue for this matter is proper in this district pursuant to 28 U.S.C. § 1409.

3. The Debtors are authorized to continue to operate their businesses and manage their properties as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.

---

[1] The address of each of the Debtors is 860 First Avenue, Suite 9A, King of Prussia, Pennsylvania 19406.

-4-

ATI-2511094v7

4. Debtor AFA Investment Inc., a Delaware corporation, is the sole direct owner of Debtor AFA Foods, Inc., which in turn is the direct or indirect owner of each of the other Debtors. Seven of the nine Debtors are Delaware companies.

5. The Debtors are among the largest ground beef processing enterprises in the United States. Annually, the Debtors process more than 500 million pounds of ground beef products, which are distributed primarily to restaurants and retail grocery stores across the United States. The Debtors operate beef processing facilities in California, Georgia, New York, Pennsylvania and Texas and maintain their headquarters in King of Prussia, Pennsylvania.

6. As of the Petition Date, the Debtors have approximately 850 full-time employees. As of December 31, 2011, on a consolidated basis, the Debtors' books and records reflected approximately $958 million in annual revenues As of February 29, 2012, on a consolidated basis, the Debtors' books and records reflected approximately $219 million in assets and $197 million in liabilities.

7. As described in the First Day Declaration, the Debtors have commenced these cases to conduct a prompt sale of their business assets with the goal of preserving and maximizing value for stakeholders.

**Legal Basis for Relief Requested**

8. The Debtors request that this Court: (a) allow the joint administration of their chapter 11 cases; and (b) direct parties in interest to use a consolidated caption, indicating that any pleading filed in any of the Debtors' cases relates to the jointly administered bankruptcy cases of "AFA Investment Inc., *et al.*"[2] A proposed consolidated caption for all notices,

---

[2] The Debtors further request that a docket entry be made on the docket in the chapter 11 cases of Debtors American Foodservice Corporation; American Fresh Foods, Inc.; American Fresh Foods, L.P.; AFA Foods, Inc.; American Fresh Foods, LLC; Fairbank Reconstruction Corporation; American Foodservice Investment Company, LLC; and United Food Group LLC substantially as follows:

applications, motions and other pleadings (the "Proposed Caption") is annexed as Exhibit 1 to the proposed order approving this Motion. The Debtors also request that the Court find that the Proposed Caption satisfies the requirements of section 342(c)(1) of the Bankruptcy Code in all respects.

9. Bankruptcy Rule 1015(b) provides, in relevant part: "[i]f a joint petition or two or more petitions are pending in the same court by or against . . . a debtor and an affiliate, the court may order a joint administration of the estates." Local Rule 1015-1 states that:

> An order of joint administration may be entered, without notice and an opportunity for hearing, upon filing of a motion for joint administration ... supported by an affidavit, declaration or verification, which establishes that the joint administration of two or more cases pending in this Court under title 11 is warranted and will ease the administrative burden for the Court and the parties.

The Debtors, comprising nine affiliated entities, are "affiliates" as that term is defined in section 101(2) of the Bankruptcy Code.

10. The joint administration of the Debtors' chapter 11 cases will permit the Clerk of the Court to utilize a single general docket for these cases and combine notices to creditors of the Debtors' respective estates and other parties in interest. Entering an order directing joint administration of the Debtors' chapter 11 cases will avoid the need for duplicative notices, motions and applications, thereby saving time and expense. Joint administration also will enable parties in interest in each of the above-captioned chapter 11 cases to be apprised of

---

(continued...)

> An order has been entered in this case directing the procedural consolidation and joint administration of the chapter 11 cases of AFA Investment Inc.; American Foodservice Corporation; American Fresh Foods, Inc.; American Fresh Foods, L.P.; AFA Foods, Inc.; American Fresh Foods, LLC; Fairbank Reconstruction Corporation; American Foodservice Investment Company, LLC; and United Food Group LLC. The docket of Case No. 12-11127 (___) should be consulted for all matters affecting this case.

ATI-2511094v7

the various matters before the Court in all of these cases.

11. Further, because these cases involve approximately 4,000 potential creditors, the entry of an order of joint administration will: (a) significantly reduce the volume of pleadings that otherwise would be filed with the Clerk of this Court; (b) render the completion of various administrative tasks less costly; and (c) minimize the number of unnecessary delays associated with the administration of numerous separate chapter 11 cases. Additionally, because this is not a motion for the substantive consolidation of the Debtors' estates, the rights of parties in interest will not be prejudiced or otherwise affected in any way by the entry of an order directing the joint administration of the Debtors' chapter 11 cases for procedural purposes only.

12. Pursuant to section 342(c)(1) of the Bankruptcy Code, "[i]f notice is required to be given by the debtor to a creditor . . . such notice shall contain the name, address, and last 4 digits of the taxpayer identification number of the debtor." The Proposed Caption contains all of the required information and, therefore, satisfies the terms of section 342(c) of the Bankruptcy Code.

### Notice

13. Notice of this Motion shall be provided to: (a) the Office of the United States Trustee for the District of Delaware; (b) the Debtors' 30 largest unsecured creditors on a consolidated basis, as identified in their chapter 11 petitions; (c) counsel to the agent for the Debtors' prepetition first priority prepetition and proposed postpetition lenders; and (d) counsel to the agent for the Debtors' prepetition second lien lenders. As this Motion is seeking first-day relief, notice of this Motion and any order entered hereon will be served on all parties required by Local Rule 9013-1(m). Due to the urgency of the circumstances surrounding this Motion and the nature of the relief requested herein, the Debtors respectfully submit that no further notice of this Motion is required.

ATI-2511094v7

-8-

WHEREFORE, the Debtors respectfully request that the Court enter an order, substantially in the form attached hereto as Exhibit A, (a) granting the relief sought herein and (b) granting such other and further relief to the Debtors as the Court may deem proper.

ATI-2511094v7

Dated: April __, 2012
Wilmington, Delaware

PACHULSKI STANG ZIEHL & JONES LLP

*/s/ Laura Davis Jones*

Laura Davis Jones (Bar No. 2436)
Timothy P. Cairns (Bar No. 4228)
Peter J. Keane (Bar No. 5503)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE  19899-8705 (Courier 19801)
Telephone:  (302) 652-4100
Facsimile:  (302) 652-4400
E-mail:  ljones@pszjlaw.com
         tcairns@pszjlaw.com
         pkeane@pszjlaw.com

-and-

Tobias S. Keller
JONES DAY
555 California Street
26th Floor
San Francisco, California  94104
Telephone:  (415) 626-3939
Facsimile:  (415) 875-5700
E-mail:  tkeller@jonesday.com

Jeffrey B. Ellman
Brett J. Berlin
JONES DAY
1480 Peachtree Street, N.E.
Suite 800
Atlanta, Georgia  30309
Telephone:  (404) 581-3939
Facsimile:  (404) 581-8330
E-mail:  jbellman@jonesday.com
         bjberlin@jonesday.com

Proposed Counsel to Debtor and Debtor in Possession