UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

---------------------------------------------------------------x
: 
In re : Chapter 11
:
AFA INVESTMENT INC., *et al.*,[1] : Case No. 12-11127 (MFW)
:
Debtors. : (Joint Administration Pending)
:
---------------------------------------------------------------x

Hearing Date: April 3, 2012 at 3:00 p.m. (prevailing Eastern Time)

**NOTICE OF (I) FILING OF BANKRUPTCY PETITIONS AND RELATED PLEADINGS AND (II) HEARING ON FIRST DAY MOTIONS SCHEDULED FOR APRIL 3, 2012, AT 3:00 P.M. BEFORE THE HONORABLE MARY F. WALRATH AT THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, LOCATED AT 824 MARKET STREET, 5th FLOOR, COURTROOM NO. 4, WILMINGTON, DELAWARE 19801**

**TO:  ALL PARTIES IN INTEREST**

**PLEASE TAKE NOTICE** that on April 2, 2012, the above captioned debtors and debtors in possession (collectively, the "Debtors") filed voluntary petitions for relief under chapter 11 of title 11 of the United States Code with the Clerk of the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court"). The Debtors are continuing to operate their businesses and manage their affairs as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.

**PLEASE TAKE FURTHER NOTICE** that in addition to filing the voluntary petitions, the Debtors have filed the first day motions and related pleadings described below (collectively, the "First Day Motions"). The Debtors will present the First Day Motions at a

---

[1] The Debtors are the following nine entities (the last four digits of their respective taxpayer identification numbers follow in parentheses): AFA Investment Inc. (0331); American Foodservice Corporation (1780); American Fresh Foods, Inc. (7389); American Fresh Foods, L.P. (7302); AFA Foods, Inc. (0429); American Fresh Foods, LLC (7301); Fairbank Reconstruction Corporation (2405); American Foodservice Investment Company, LLC (9525); and United Food Group LLC (7584). The address of each of the Debtors is 860 First Avenue, Suite 9A, King of Prussia, Pennsylvania 19406.

hearing on **April 3, 2012, at 3:00 p.m. (prevailing Eastern Time)** before the Mary F. Walrath, United States Bankruptcy Judge, at the United States Bankruptcy Court for the District of Delaware, **824 North Market Street, 5th Floor, Courtroom 4, Wilmington, Delaware 19801,** at which time the Court may grant any and all the First Day Motions without further notice.

## First Day Motions

1. Motion of Debtors for an Order Directing the Joint Administration of Chapter 11 Cases **(Filed 4/2/12) [Docket No. 2].**

2. Motion of the Debtors for an Order (I) Approving the Continued Use of the Debtors' Cash Management System and (II) Granting Related Relief **(Filed 4/2/12) [Docket No. 10].**

3. Motion of Debtors for an Order Authorizing them to Pay Prepetition Employee Wages, Benefits, Business Expenses and Related Items **(Filed 4/2/12) [Docket No. 5].**

4. Motion of the Debtors for an Order Authorizing them to Pay Certain Prepetition Taxes **(Filed 4/2/12) [Docket No. 3].**

5. Motion of Debtors for an Order Authorizing Them to Continue Their Insurance Programs and Pay Related Prepetition Obligations **(Filed 4/2/12) [Docket No. 4].**

6. Motion of Debtors for an Order Establishing Procedures to Assert Claims Arising Under Section 503(b)(9) of the Bankruptcy Code **(Filed 4/2/12) [Docket No. 12].**

7. Motion of the Debtors for an Order Authorizing Them to (I) Maintain Certain Customer Programs and (II) Honor or Pay Related Prepetition Obligations to Their Customers **(Filed 4/2/12) [Docket No. 7].**

8. Motion of the Debtors for an Order Authorizing Them to Pay Prepetition Claims of Certain Unsecured Essential Suppliers **(Filed 4/2/12) [Docket No. 13].**

9. Motion of the Debtors for Orders Establishing Adequate Assurance Procedures with Respect to Their Utility Providers Pursuant to Section 366 of the Bankruptcy Code **(Filed 4/2/12) [Docket No. 6].**

## Professional Retention Application

10. Application of Debtors Pursuant to 28 U.S.C. § 156(c) and Local Rule 2002-1(f) for an Order Authorizing the Retention of Kurtzman Carson Consultants LLC as Claims and Noticing Agent for the Debtors **(Filed 4/2/12) [Docket No. 9].**

## Cash Collateral Motion

11.  Motion of the Debtors for Interim and Final Order Pursuant to 11 U.S.C. §§105, 107, 361, 362, 363, 364 and 507 and Rules 2002, 4001, 9014 and 9018 of the Federal Rules of Bankruptcy Procedure (I) Authorizing the Debtors to (A) Obtain Post-Petition Financings, (B) Use Cash (II) Granting Liens and Super-Priority Claims; (III) Scheduling Final Hearing; and (IV) Granting Related Relief **(Filed 4/2/12) [Docket No. 11]**.

**PLEASE TAKE FURTHER NOTICE** that if you would like to receive copies of any of the foregoing documents prior to the First Day Hearing, copies may be obtained through the Bankruptcy Court's website at www.deb.uscourts.gov, Case No. 12-11127 (MFW), or by accessing the website of the Debtors' proposed claims and noticing agent, Kurtzman Carson Consultants LLC: www.kccllc.net/afa.

*[Remainder of page intentionally left blank]*

Dated: April 2, 2012
Wilmington, Delaware

PACHULSKI STANG ZIEHL & JONES LLP

/s/ Peter J. Keane

Laura Davis Jones (Bar No. 2436)
Timothy P. Cairns (Bar No. 4228)
Peter J. Keane (Bar No. 5503)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705 (Courier 19801)
Telephone: (302) 652-4100
Facsimile: (302) 652-4400
E-mail: ljones@pszjlaw.com
tcairns@pszjlaw.com
pkeane@pszjlaw.com

-and-

Tobias S. Keller
JONES DAY
555 California Street
26th Floor
San Francisco, California 94104
Telephone: (415) 626-3939
Facsimile: (415) 875-5700
E-mail: tkeller@jonesday.com

Jeffrey B. Ellman
Brett J. Berlin
JONES DAY
1480 Peachtree Street, N.E.
Suite 800
Atlanta, Georgia 30309
Telephone: (404) 581-3939
Facsimile: (404) 581-8330
E-mail: jbellman@jonesday.com
bjberlin@jonesday.com

Proposed Counsel to Debtor and Debtor in Possession