UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| AFA INVESTMENT INC., *et al.*,[1] | : | Case No. 12-11127 (MFW) |
| Debtors. | : | (Joint Administration Pending) |
| | : | **Re: Docket No. 11** |

**NOTICE OF HEARING ON MOTION OF THE DEBTORS FOR INTERIM AND FINAL ORDERS PURSUANT TO 11 U.S.C. §§105, 107, 361, 362, 363, 364 AND 507 AND RULES 2002, 4001, 9014 AND 9018 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE (I) AUTHORIZING THE DEBTORS TO (A) OBTAIN POST-PETITION FINANCINGS, (B) USE CASH COLLATERAL (II) GRANTING LIENS AND SUPER-PRIORITY CLAIMS; (III) SCHEDULING A FINAL HEARING; AND (IV) GRANTING RELATED RELIEF**

TO: (a) the Office of the United States Trustee; (b) the Debtors' 30 largest unsecured creditors on a consolidated basis, as identified in their chapter 11 petitions; (c) counsel to the Debtors' first priority prepetition and proposed postpetition lenders; and (d) counsel to the agent for the Debtors' second priority lenders (e) all parties that have filed notices of appearance and requests for notices in these cases.

**PLEASE TAKE NOTICE** that on April 2, 2012, the above captioned debtors and debtors in possession (collectively, the "Debtors") filed the *Motion of the Debtors for Interim and Final Orders Pursuant to 11 U.S.C. §§105, 107, 361, 362, 363, 364 and 507 and Rules 2002, 4001, 9014 and 9018 of the Federal Rules of Bankruptcy Procedure (I) Authorizing the Debtors to (A) Obtain Post-Petition Financings, (B) Use Cash Collateral (II) Granting Liens and Super-Priority Claims; (III) Scheduling a Final Hearing; and (IV) Granting Related Relief* [Docket No. 11] (the "DIP Motion").

---

1 The Debtors are the following nine entities (the last four digits of their respective taxpayer identification numbers follow in parentheses): AFA Investment Inc. (0331); American Foodservice Corporation (1780); American Fresh Foods, Inc. (7389); American Fresh Foods, L.P. (7302); AFA Foods, Inc. (0429); American Fresh Foods, LLC (7301); Fairbank Reconstruction Corporation (2405); American Foodservice Investment Company, LLC (9525); and United Food Group LLC (7584). The address of each of the Debtors is 860 First Avenue, Suite 9A, King of Prussia, Pennsylvania 19406.

**PLEASE TAKE FURTHER NOTICE** that the Debtors attached to the DIP Motion the proposed *Interim Order (I) Authorizing the Debtors to (A) Obtain Postpetition Financing Pursuant to 11 U.S.C. §§ 105, 361, 362, 363(c), 363(e), 364(c), 364(d)(1) and 364(e) and (B) Utilize Cash Collateral of Prepetition Secured Entities, (II) Granting Adequate Protection to Prepetition Secured Entities, (III) Scheduling a Final Hearing Pursuant to Bankruptcy Rules 4001(b) and 4001(c), and (IV) Granting Related Relief* (the "Proposed Interim DIP Order"). A copy of the Proposed Interim DIP Order is attached hereto as Exhibit 1.

**PLEASE TAKE FURTHER NOTICE** that the Debtors intend to seek interim approval of the DIP Motion and entry of the Proposed Interim DIP Order in substantially the form attached hereto at a hearing (the "Interim Hearing") before the Honorable Marcy F. Walrath, United States Bankruptcy Judge, at the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 5th Floor, Courtroom No. 4, Wilmington, Delaware 19801, on **April 3, 2012, at 3:00 p.m. (prevailing Eastern Time)**. A copy of the DIP Motion may be obtained through the Bankruptcy Court's website at www.deb.uscourts.gov, Case No. 12-11127 (MFW), or by accessing the website of the Debtors' proposed claims and noticing agent, Kurtzman Carson Consultants LLC: www.kccllc.net/afa.

**PLEASE TAKE FURTHER NOTICE** that after the Interim Hearing, the Debtors shall serve upon you a complete copy of (a) the DIP Motion, (b) any Interim DIP Order entered by the Court at the Interim Hearing, and (c) notice of the final hearing on the DIP Motion.

**PLEASE TAKE FURTHER NOTICE** that the Debtors reserve the right to modify, if necessary, the Proposed Interim DIP Order before or at the Interim Hearing.

Dated: April 2, 2012
Wilmington, Delaware

PACHULSKI STANG ZIEHL & JONES LLP

Laura Davis Jones (Bar No. 2436)
Timothy P. Cairns (Bar No. 4228)
Peter J. Keane (Bar No. 5503)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705 (Courier 19801)
Telephone: (302) 652-4100
Facsimile: (302) 652-4400
E-mail: ljones@pszjlaw.com
tcairns@pszjlaw.com
pkeane@pszjlaw.com

-and-

Tobias S. Keller
JONES DAY
555 California Street
26th Floor
San Francisco, California 94104
Telephone: (415) 626-3939
Facsimile: (415) 875-5700
E-mail: tkeller@jonesday.com

Jeffrey B. Ellman
Brett J. Berlin
JONES DAY
1480 Peachtree Street, N.E.
Suite 800
Atlanta, Georgia 30309
Telephone: (404) 581-3939
Facsimile: (404) 581-8330
E-mail: jbellman@jonesday.com
bjberlin@jonesday.com

Proposed Counsel to Debtor and Debtor in Possession