**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| AFA INVESTMENT INC., *et al.*,[1] | : | Case No. 12-11127 (MFW) |
| Debtors. | : | Jointly Administered |

**Re: Docket Nos. 2, 3, 4, 5, 7, 9, 13, 22, 32, 33, 35, 36, 38, 39, and 40**

**NOTICE OF FIRST DAY MOTIONS FILED AND ORDERS**
**ENTERED PURSUANT TO DEL. BANKR. L.R. 9013-1(m)(iv)**

TO: (a) The Office of the United States Trustee for the District of Delaware; (b) the Debtors' 30 largest unsecured creditors on a consolidated basis, as identified in their chapter 11 petitions; (c) counsel to the agent for Debtors' first priority prepetition and proposed postpetition lenders; (d) counsel to the agent for the Debtors' second priority lenders; and (e) all parties that have timely filed appearances pursuant to Bankruptcy Rule 2002.

**PLEASE TAKE NOTICE** that on April 2, 2012, the above-captioned debtors and debtors in possession (collectively, the "Debtors"), filed voluntary petitions for relief under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") with the Clerk of the United States Bankruptcy Court for the District of Delaware.

**PLEASE TAKE FURTHER NOTICE** that the Debtors presented motions (collectively, the "First Day Motions") at a hearing before the Honorable Mary F. Walrath at the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court") on

[1] The Debtors are the following nine entities (the last four digits of their respective taxpayer identification numbers follow in parentheses): AFA Investment Inc. (0331); American Foodservice Corporation (1780); American Fresh Foods, Inc. (7389); American Fresh Foods, L.P. (7302); AFA Foods, Inc. (0429); American Fresh Foods, LLC (7301); Fairbank Reconstruction Corporation (2405); American Foodservice Investment Company, LLC (9525); and United Food Group LLC (7584). The address of each of the Debtors is 860 First Avenue, Suite 9A, King of Prussia, Pennsylvania 19406.

April 3, 2012. The Bankruptcy Court entered relief on the following First Day Motions and the orders thereon:

A. *Motion of Debtors for an Order Directing the Joint Administration of Chapter 11 Cases* [Docket No. 2], attached hereto as **Exhibit A-1**; and the [signed] *Order Authorizing the Joint Administration of the Debtors' Chapter 11 Cases* [Docket No. 35], attached hereto as **Exhibit A-2**;

B. *Motion of the Debtors for an Order Authorizing Them to Pay Certain Prepetition Taxes* [Docket No. 3], attached hereto as **Exhibit B-1**; and the [signed] *Order authorizing Debtors to Pay Certain Prepetition Taxes* [Docket No. 39], attached hereto as **Exhibit B-2**;

C. *Motion of Debtors for an Order Authorizing Them to Continue Their Insurance Programs and Pay Related Prepetition Obligations* [Docket No. 4], attached hereto as **Exhibit C-1**; and the [signed] *Order Authorizing the Debtors to Continue Their Insurance Programs and Pay Related Prepetition Obligations* [Docket No. 40] attached hereto as **Exhibit C-2**;

D. *Motion of Debtors for an Order Authorizing them to Pay Prepetition Employee Wages, Benefits, Business Expenses and Related Items* [Docket No. 5], attached hereto as **Exhibit D-1**; *Supplement to Motion of the Debtors for an Order Authorizing Them to Pay Prepetition Employee Wages, Benefits, Business Expenses and Related Items* [Docket No. 22], attached hereto as **Exhibit D-2**; and the [signed] *Order Authorizing Debtors to Pay Prepetition Employee Wages, Benefits, Business Expenses and Related Items* [Docket No. 38], attached hereto as **Exhibit D-3**;

E. *Motion of Debtors for an Order Authorizing Them to (I) Maintain Certain Customer Programs and (II) Honor or Pay Related Prepetition Obligations to Their Customers* [Docket No. 7], attached hereto as **Exhibit E-1**; and the [signed] *Order (A) Authorizing the Debtors to (I) Maintain Certain Customer Programs and (II) Honor or Pay Related Prepetition Obligations to Their Customers* [Docket No. 33], attached hereto as **Exhibit E-2**;

F. *Application of Debtors Pursuant to 28 U.S.C. § 156(c) and Local Rule 2002-1(f) for an Order Authorizing the Retention of Kurtzman Carson Consultants LLC as Claims and Noticing Agent for the Debtors* [Docket No. 9], attached hereto as **Exhibit F-1**; and the [signed] *Order Authorizing the Retention of Kurtzman Carson Consultants LLC as Claims and Noticing Agent for the Debtors* [Docket No. 36, attached hereto as **Exhibit F-2**;

G. *Motion of Debtors for an Order Authorizing Them to Pay Prepetition Claims of Certain Unsecured Essential Suppliers* [Docket No. 13], attached hereto as **Exhibit G-1**; and the [signed] *Order Authorizing the Debtors to Pay Prepetition*

*Claims of Certain Essential Suppliers* [Docket No. 32], attached hereto as **Exhibit G-2**;

Dated: April 4, 2012

PACHULSKI STANG ZIEHL & JONES LLP

Laura Davis Jones (Bar No. 2436)
Timothy P. Cairns (Bar No. 4228)
Peter J. Keane (Bar No. 5503)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705 (Courier 19801)
Telephone: (302) 652-4100
Facsimile: (302) 652-4400
E-mail: ljones@pszjlaw.com
tcairns@pszjlaw.com
pkeane@pszjlaw.com

-and-

Tobias S. Keller
JONES DAY
555 California Street
26th Floor
San Francisco, California 94104
Telephone: (415) 626-3939
Facsimile: (415) 875-5700
E-mail: tkeller@jonesday.com

Jeffrey B. Ellman
Brett J. Berlin
JONES DAY
1480 Peachtree Street, N.E.
Suite 800
Atlanta, Georgia 30309
Telephone: (404) 581-3939
Facsimile: (404) 581-8330
E-mail: jbellman@jonesday.com
bjberlin@jonesday.com

Proposed Counsel to Debtor and Debtor in Possession