**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | |
|---|---|
| In re | Chapter 11 |
| AFA INVESTMENT INC., *et al.*,[1] | Case No. 12-11127 (MFW) |
| Debtors. | Jointly Administered |
| | **Re: Docket Nos. 74 and 147** |

**ORDER EXTENDING THE TIME WITHIN WHICH THE DEBTORS MUST FILE THEIR SCHEDULES AND STATEMENTS OF FINANCIAL AFFAIRS**

This matter coming before the Court on the Motion of the Debtors for an Order Extending the Time Within Which the Debtors Must File Their Schedules and Statements of Financial Affairs (Docket No. 74) (the "Motion"),[2] filed by the above-captioned debtors (collectively, the "Debtors"); the official committee of unsecured creditors appointed in these chapter 11 cases (the "Creditors' Committee") having filed the Limited Objection of the Official Committee of Unsecured Creditors to Debtors' Motion for an Order Extending the Time Within Which the Debtors Must File Their Schedules and Statements of Financial Affairs (Docket No. 147) (the "Committee Limited Objection"); the Court being advised that the Debtors and the Creditors' Committee have resolved the Committee Limited Objection; the Court having reviewed the Motion and the Committee Limited Objection and having considered the statements

1 The Debtors are the following nine entities (the last four digits of their respective taxpayer identification numbers follow in parentheses): AFA Investment Inc. (0331); American Foodservice Corporation (1780); American Fresh Foods, Inc. (7389); American Fresh Foods, L.P. (7302); AFA Foods, Inc. (0429); American Fresh Foods, LLC (7301); Fairbank Reconstruction Corporation (2405); American Foodservice Investment Company, LLC (9525); and United Food Group LLC (7584). The address of each of the Debtors is 860 First Avenue, Suite 9A, King of Prussia, Pennsylvania 19406.

2 Capitalized terms not otherwise defined herein shall have the meanings given to them in the Motion.

of counsel and the evidence adduced with respect to the Motion at a hearing before the Court (the "Hearing"); the Court having found that (a) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334, (b) venue is proper in this district pursuant to 28 U.S.C. § 1409, (c) this is a core proceeding pursuant to 28 U.S.C. § 157(b) and (d) notice of the Motion and the Hearing was sufficient under the circumstances; after due deliberation the Court having determined that the relief requested in the Motion is in the best interests of the Debtors, their estates and their creditors; and good and sufficient cause having been shown;

IT IS HEREBY ORDERED THAT:

1. The Motion is GRANTED, and the Committee Limited Objection is RESOLVED, as set forth herein.

2. The time within which the Debtors must file their Schedules and Statements is extended through and including May 24, 2012, without prejudice to the Debtors' right to seek further extensions of such periods upon a showing of cause therefor.

Dated: April 24, 2012
Wilmington, Delaware

[signature]
UNITED STATES BANKRUPTCY JUDGE