## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
:
In re:                                             :    Chapter 11
                                                   :
AFA Investment Inc., *et al.*,[1]                  :    Case No.:   12-11127 (MFW)
                                                   :
                        Debtors.                   :    Jointly Administered
                                                   :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x    Re: Docket No.  226

### ORDER PURSUANT TO BANKRUPTCY CODE SECTIONS 328 AND 1103, BANKRUPTCY RULE 2014 AND LOCAL RULE 2016 AUTHORIZING THE RETENTION AND EMPLOYMENT OF J.H. COHN LLP AS ITS FINANCIAL ADVISOR, *NUNC PRO TUNC* TO APRIL 13, 2012

Upon consideration of the Application (the "Application")[2] of the Official Committee of Unsecured Creditors (the "Committee") of above captioned debtors and debtors in possession (collectively, the "Debtors") seeking to retain J.H. Cohn LLP ("JHC") as its financial advisor in this proceeding, effective as of April 13, 2012, and upon consideration of the Zucker Affidavit in support of the Application; and the Court being satisfied that JHC represents no interest adverse to the Debtors in the matters with respect to which JHC is to be employed; and notice of the Application being sufficient; and after due deliberation and sufficient cause appearing therefor;

**IT IS HEREBY ORDERED THAT:**

1.      The Application is granted.

2.      Pursuant to sections 328 and and 1103 of the Bankruptcy Code, the Committee is authorized to employ JHC as its financial advisor on the terms set forth in the

---

[1]      The Debtors are the following nine entities (the last four digits of their respective taxpayer identification numbers follow in parentheses): AFA Investment Inc. (0331); American Foodservice Corporation (1780); American Fresh Foods, Inc. (7389); American Fresh Foods, L.P. (7302); AFA Foods, Inc. (0429); American Fresh Foods, LLC (7301); Fairbank Reconstruction Corporation (2405); American Foodservice Investment Company, LLC (9525); and United Food Group LLC (7584). The address of each of the Debtors is 860 First Avenue, Suite 9A, King of Prussia, Pennsylvania 19406.

[2]      Capitalized terms not otherwise defined shall have the meaning ascribed to such terms in the Application.

Application and without the need for any further action on the part of JHC or the Committee to document such retention *nunc pro tunc* to April 13, 2012.

3.      That JH Cohn shall be compensated for its services to the Committee in accordance with the procedures set forth in sections 330 and 331 of the Bankruptcy Code, the applicable Federal Rules of Bankruptcy Procedure, the Local Bankruptcy Rules, and such other procedures as may be fixed by order of this Court.

4.      This Court shall retain jurisdiction with respect to all matters arising or related to the implementation of this Order or JHC's services for the Committee.

HONORABLE MARY F. WALRATH
UNITED STATES BANKRUPTCY JUDGE

Dated: May 24 , 2012

2