**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

-----------------------------------------------------------------x
                                                                 :
In re                                                            :    Chapter 11
                                                                 :
AFA INVESTMENT INC., *et al.*,[1]                                :    Case No. 12-11127 (MFW)
                                                                 :
                    Debtors.                                     :    (Jointly Administered)
                                                                 :
-----------------------------------------------------------------x


## SCHEDULES OF ASSETS AND LIABILITIES FOR
## AFA INVESTMENT INC. (CASE NO. 12-11127)

---

[1]     The Debtors are the following nine entities (the last four digits of their respective taxpayer identification numbers follow in parentheses):  AFA Investment Inc. (0331); American Foodservice Corporation (1780); American Fresh Foods, Inc. (7389); American Fresh Foods, L.P. (7302); AFA Foods, Inc. (0429); American Fresh Foods, LLC (7301); Fairbank Reconstruction Corporation (2405); American Foodservice Investment Company, LLC (9525); and United Food Group LLC (7584).  The address of each of the Debtors is 860 First Avenue, Suite 9A, King of Prussia, Pennsylvania 19406.

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

```
-------------------------------------------------------------x
                                          :
In re                                     :      Chapter 11
                                          :
AFA INVESTMENT INC., et al.,              :      Case No. 12-11127 (MFW)
                                          :
                  Debtors.¹               :      Jointly Administered
                                          :
-------------------------------------------------------------x
```

**GLOBAL NOTES AND STATEMENT OF LIMITATIONS, METHODOLOGY**
**AND DISCLAIMER REGARDING THE DEBTORS' SCHEDULES OF**
**ASSETS AND LIABILITIES AND STATEMENTS OF FINANCIAL AFFAIRS**

On April 2, 2012 (the "Commencement Date"), each of the above-captioned debtors (the "Debtors") commenced a voluntary case under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code"). The Debtors' cases have been consolidated for procedural purposes only and are being jointly administered. The Debtors continue to operate their businesses and manage their properties as debtors in possession as authorized by sections 1107(a) and 1108 of the Bankruptcy Code.

The Schedules of Assets and Liabilities (the "Schedules") and Statements of Financial Affairs (the "SOFAs") filed by the Debtors in the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court") were prepared pursuant to section 521 of the Bankruptcy Code, Rule 1007 of the Federal Rules of Bankruptcy Procedure and Rule 1007-1 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware by the Debtors' management with unaudited information available as near as possible to the Commencement Date, unless otherwise indicated. The Schedules and SOFAs reflect the separate assets and liabilities of each individual Debtor. The Schedules and SOFAs do not purport to be financial statements prepared in accordance with generally accepted accounting principles in the United States ("GAAP"), and they are not intended to be fully reconciled to the Debtors' financial statements.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: AFA Investment Inc. (0331); American Foodservice Corporation (1780); American Fresh foods, inc. (7389); American Fresh Foods, L.P. (7302); AFA Foods, Inc. (0429); American Fresh foods, llc (7301); Fairbank Reconstruction Corporation (2405); American Foodservice Investment Company, LLC (9525); and United Food Group LLC (7584). The address of each of the Debtors is 860 First Avenue, Suite 9A, King of Prussia, Pennsylvania 19406.

> *These Global Notes regarding the Debtors' Schedules and SOFAs comprise an integral part of the Schedules and SOFAs and should be referred to and considered in connection with any review of them.*

The Schedules and SOFAs have been signed by an authorized representative of the Debtors.  In reviewing and signing the Schedules and SOFAs, the Debtors' authorized representative relied upon the efforts, statements and representations of the Debtors' other personnel and professionals.  Such representative has not (and could not have) personally verified the accuracy of each such statement and representation, including, for example, statements and representations concerning amounts owed to creditors and their addresses.

These Global Notes and Statement of Limitations, Methodology and Disclaimer Regarding the Debtors' Schedules and SOFAs (the "Global Notes") are incorporated by reference in, and comprise an integral part of, the Debtors' Schedules and SOFAs, and should be referred to and reviewed in connection with any review of the Schedules and SOFAs.

1.   Reservation of Rights.  The Debtors' chapter 11 cases are large and complex.  Although the Debtors' management made every reasonable effort to ensure the Schedules and SOFAs are as accurate and complete as possible, based on the information available at the time of preparation, subsequent information or discovery may result in material changes to these Schedules and SOFAs, and inadvertent errors or omissions may have occurred.  Because the Schedules and SOFAs contain unaudited information, which is subject to further review, verification and potential adjustment, there can be no assurance that these Schedules and SOFAs are complete.

Nothing contained in the Schedules and SOFAs or these Global Notes shall constitute an admission or a waiver of any of the Debtors' rights to assert any claims or defenses.  For the avoidance of doubt, listing a claim on Schedule D as "secured," on Schedule E as "priority," on Schedule F as "unsecured nonpriority," or listing a contract or lease on Schedule G as "executory" or "unexpired," does not constitute an admission by the Debtors of the legal rights of any claimant, or a waiver of the Debtors' right to recharacterize or reclassify such claim or contract.  Failure to designate a claim on the Schedules as "disputed," "contingent" or "unliquidated" does not constitute an admission by the Debtors that such amount is not "disputed," "contingent" or "unliquidated."  Further, nothing contained in the Schedules and SOFAs shall constitute a waiver of any of the rights of the Debtors or their estates with respect to these chapter 11 cases and specifically with respect to any issues involving equitable subordination and/or causes of action arising under the provisions of chapter 5 of the Bankruptcy Code and other relevant non-bankruptcy laws to recover assets or avoid transfers.

The Debtors reserve the right to dispute, or to assert setoff or other defenses to, any claim reflected on the Schedules and/or SOFAs.  The Debtors also reserve all rights with respect to the values, amounts and characterizations of the assets and liabilities listed in their Schedules and SOFAs.

> *These Global Notes regarding the Debtors' Schedules and SOFAs comprise an integral part of the Schedules and SOFAs and should be referred to and considered in connection with any review of them.*

2.  <u>Reporting Date</u>.  The Debtors' fiscal year ends on December 31.  All asset and liability information, except where otherwise noted, is provided as of the Commencement Date.

3.  <u>Currency</u>.  All amounts are reflected in U.S. dollars as of the Commencement Date, unless otherwise noted below.

4.  <u>Estimates and Assumptions</u>.  The preparation of the Schedules and SOFAs required the Debtors to make certain estimates and assumptions that affected the reported amounts of assets and liabilities, the disclosure of contingent assets and liabilities and the reported amounts of revenue and expense.  Actual results could differ materially from these estimates.

5.  <u>Asset Presentation and Valuation</u>.  The Debtors do not have current market valuations for all assets.  It would be prohibitively expensive, unduly burdensome and an inefficient use of estate assets for the Debtors to obtain current market valuations for all assets.  Wherever possible, unless otherwise indicated, net book values as of the Commencement Date are presented.  When necessary, the Debtors have indicated that the value of certain assets is "Unknown" or "Undetermined."  Amounts ultimately realized may vary materially from net book value (or whatever value was ascribed).  Accordingly, the Debtors reserve all rights to amend, supplement or adjust the asset values set forth herein.  As applicable, fixed assets and leasehold improvement assets that have been fully depreciated or fully amortized, or were expensed for GAAP accounting purposes, have no net book value and therefore are not included in the Schedules and SOFAs.

6.  <u>Liabilities</u>.  Some of the scheduled liabilities are unknown, contingent and/or unliquidated at this time.  In some cases, the amounts are listed as "Unknown" or "Undetermined."  Accordingly, the Schedules and SOFAs do not accurately reflect the aggregate amount of the Debtors' total liabilities.

7.  <u>Consolidated Accounts Payable and Disbursements System</u>.  The Debtors use a centralized cash management system to streamline collection, transfer and disbursement of funds generated by the Debtors' business operations.  The Debtors accurately record which entity has made such collections, transfers and disbursements as they are made.  The cash management system is operated and maintained by Debtor AFA Foods, Inc. ("<u>AFA Foods</u>").  All receivables are received by, and all payables are paid by, AFA Foods on behalf of each of the Debtors, in the ordinary course of business.

> *These Global Notes regarding the Debtors' Schedules and SOFAs comprise an integral part of the Schedules and SOFAs and should be referred to and considered in connection with any review of them.*

8.  <u>Intercompany Transactions</u>.  Both before the Commencement Date and after, pursuant to an order of the Bankruptcy Court, the Debtors routinely engaged (and continue to engage) in intercompany transactions with their Debtor subsidiaries and affiliates.  Intercompany accounts payable and receivable as of the Commencement Date, if any, are reflected in the respective Debtors' Schedules and SOFAs.  The Debtors reserve all rights with respect to such intercompany accounts payable and receivable.

    In addition to recording entries as intercompany transactions to account for proper allocation among the affiliated Debtors of centralized cash management and payment systems, the Debtors also use intercompany accounts to carry — on a consolidated basis — the book value of historical acquisition activities presently representing investment and shareholders' equity accounts.  The consolidation of such investment and equity accounts into these balances gives rise to a substantial portion of the scheduled intercompany amounts.

9.  <u>Leases</u>.  Any unexpired leases are included on Schedule G.  To the extent any amounts were outstanding under any leases as of the Commencement Date, such amounts have been included on Schedule F.

10. <u>Recharacterization</u>.  The Debtors made all reasonable efforts to correctly characterize, classify, categorize or designate the claims, assets, executory contracts, unexpired leases and other items reported in the Schedules and SOFAs.  Due to the complexity and size of the Debtors' businesses, however, it is possible that certain items have been improperly characterized, classified, categorized or designated.  In addition, certain items reported in the Schedules and SOFAs may be included in more than one category.  The designation of a category is not meant to be wholly inclusive or descriptive of the rights or obligations represented by such item.

11. <u>Claim Description</u>.  Any failure to designate a claim on the Schedules and SOFAs as "contingent," "unliquidated" or "disputed" does not constitute an admission by the Debtors that such claim is not "contingent," "unliquidated" or "disputed."  The Debtors reserve all rights to object to or otherwise dispute, or to assert setoff rights, cross-claims, counterclaims or defenses to, any claim reflected on the Schedules and SOFAs as to amount, liability, priority, secured or unsecured status, classification or any other grounds or to otherwise subsequently designate any claim as "contingent," "unliquidated" or "disputed" (by amendment to the Schedules or otherwise).  Additionally, the dollar amounts of claims listed may be exclusive of contingent and additional unliquidated amounts.  Further, the claims of certain creditors for, among other things, merchandise, goods, services or taxes are listed as the amounts entered on the Debtors' books and records and may not reflect credits or allowances due from such creditors to the applicable Debtor.  The Debtors reserve all of their rights with respect to any such credits and allowances.

> *These Global Notes regarding the Debtors' Schedules and SOFAs comprise an integral part of the Schedules and SOFAs and should be referred to and considered in connection with any review of them.*

12.     <u>Undetermined or Unknown Amounts</u>.   The description of an amount as "Undetermined" or "Unknown" is not intended to reflect upon the materiality of such amount.  Additionally, the dollar amounts of claims listed may be exclusive of contingent and additional unliquidated amounts.  Further, the claims of individual creditors for, among other things, goods, services or taxes are listed as amounts entered on the Debtors' books and records and may not reflect credits or allowances due from such creditors to the Debtors or setoffs applied by such creditors against amounts due by such creditors to the Debtors with respect to any such credits and allowances.

13.     <u>Bankruptcy Court First-Day Orders</u>.  The Bankruptcy Court authorized the Debtors in their discretion to pay various outstanding prepetition claims, including, but not limited to, certain claims relating to employee compensation, and benefits and certain claims of customers, essential suppliers, insurers and taxing authorities.  Where the Schedules list creditors and set forth the Debtors' scheduled amount attributable to such claims, such scheduled amount reflects amounts owed as of the Commencement Date.  To the extent any adjustments are necessary for any payments made on account of such claims following the commencement of these chapter 11 cases pursuant to the authority granted to the Debtors by the Bankruptcy Court, such adjustments have not been included in the Schedules and SOFAs unless otherwise noted on the applicable Schedule.

14.     <u>Contingent Assets and Causes of Action</u>.  Despite the Debtors' reasonable efforts to identify all known assets, the Debtors may not have listed all causes of action or potential causes of action against third parties as assets in the Schedules and SOFAs, including, but not limited to, avoidance actions arising under chapter 5 of the Bankruptcy Code and actions under other relevant non-bankruptcy laws to recover assets.  The Debtors reserve all rights with respect to any potential claims, causes of action or avoidance actions, and neither these Global Notes nor the Schedules and SOFAs shall be deemed a waiver of any such potential claims, causes of actions, or avoidance actions or in any way prejudice or impair the assertion of such claims.

Additionally, prior to the Commencement Date, the Debtors, as plaintiff, cross-claimant and/or third-party plaintiff may have asserted claims against third parties, seeking monetary damages for business-related losses.

*These Global Notes regarding the Debtors' Schedules and SOFAs comprise an integral part of the Schedules and SOFAs and should be referred to and considered in connection with any review of them.*

15.    <u>Guarantees and Other Secondary Liability Claims</u>.    The Debtors used their reasonable best efforts to locate and identify guarantees and other secondary liability claims (the "<u>Guarantees</u>") in their executory contracts, unexpired leases, secured financings, debt instruments, and other agreements.    Where such Guarantees have been identified, they are included in the relevant Schedules.    The Debtors placed Guaranty obligations on Schedule H for both the primary obligor and the guarantor of the relevant obligation.    Guarantees embedded in the Debtors' executory contracts, unexpired leases, secured financings, debt instruments and other agreements may have been inadvertently omitted.    Thus, the Debtors reserve their rights to amend or supplement the Schedules to the extent that additional Guarantees are identified.    In addition, the Debtors reserve the right to amend the Schedules and SOFAs to recharacterize or reclassify any such contract or claim.

16.    <u>Investigations</u>.    From time to time, the Debtors may be subject to certain investigations from various governmental and nongovernmental entities.    The Debtors have complied with all such requests for documents and information.    Since the Commencement Date, the Debtors have not been engaged in any proceedings regarding these investigations, and therefore excluded this information from the Schedules and SOFAs.

17.    <u>Assumptions Used in Responding to Specific Questions in the SOFAs</u>

    a.    <u>SOFA Question 1</u>.    The revenue amounts shown in response to this question do not include toll revenue, a reduction for outbound freight or eliminations.

    b.    <u>SOFA Question 2</u>.    Other income amounts include general ledger accounts such as: Other Income/Expense; Gain or Loss from the Sale of Fixed Assets; Interest Income Other; and Misc. Income.

    c.    <u>SOFA Question 3b</u>.    Due to confidentiality concerns and sensitivity to employees' rights of privacy, addresses for employees receiving disbursements have not been included in response to this question. Ordinary course compensation and benefits to employees are scheduled in the aggregate as payments to the Debtors' payroll processing service, Automatic Data Processing, Inc. ("<u>ADP</u>"), and not on an employee-by-employee basis.    By contrast, certain employee expense reimbursements and <u>de minimis</u> payments made, for example, to adjust or correct ordinary course compensation payments made through ADP, are scheduled as payments to the applicable employees**.**

> *These Global Notes regarding the Debtors' Schedules and SOFAs comprise an integral part of the Schedules and SOFAs and should be referred to and considered in connection with any review of them.*

    d.    <u>SOFA Question 3c</u>.  The listing of a party as an "Insider," throughout the Schedules and SOFAs, is not intended to be, nor shall be, construed as a legal characterization or determination of such party as an actual insider and does not act as an admission of any fact, claim, right or defense, and all such rights, claims and defenses are hereby expressly reserved.

        The amounts shown in response to this question for salary and bonus payments are gross amounts and do not include reductions for employee tax withholding or withholdings for employee paid benefits.

    e.    <u>SOFA Question 5</u>.  The operating Debtors routinely return damaged, unsatisfactory, out of specification raw materials and other goods to vendors in the ordinary course of business.  These ordinary course returns have not been listed in response to this question.

    f.    <u>SOFA Question 13</u>.  The operating Debtors engage in certain customer programs, including return and rebate programs pursuant to which customers may receive credits and cash payments.  Such transactions were not considered setoffs for the purpose of responding to SOFA Question 13, although the Debtors reserve all rights and make no admission or waiver thereby.

    g.    <u>SOFA Question 14</u>.  The response to SOFA Question 14 does not include equipment leased by the Debtors that is located on the Debtors' premises.  These leases are included in Schedule G.

        The Debtors routinely withhold or retain certain funds from employees for payment to certain governmental authorities.  These funds are held in trust for turnover to the applicable governmental authority.  Since the Debtors do not retain control of these funds, nor are these funds considered property of the estate, such amounts have not been itemized under SOFA Question 14.

    h.    <u>SOFA Question 19d</u>.  Prior to the commencement of these chapter 11 cases, the Debtors considered various restructuring alternatives. These restructuring alternatives included discussions with third parties, including potential lenders and investors, who, subject to confidentiality agreements, may have been granted access to certain information as requested from the Debtors' books and records.  The Debtors also may have provided consolidated financial information to banks, customers, suppliers and other various interested parties.  Accordingly, the Debtors are not providing a list of the various parties to whom they may have issued financial statements during the requested period because it would be unduly burdensome for them to produce such a list.

*These Global Notes regarding the Debtors' Schedules and SOFAs comprise an integral part of the Schedules and SOFAs and should be referred to and considered in connection with any review of them.*

i.  <u>SOFA Question 20a</u>.  The Debtors maintain raw materials, stores (including spare parts and supplies), packaging and semifinished and finished goods inventory at the operating Debtors' facilities.  With the exception of the Los Angeles manufacturing locations, each manufacturing facility completes a full physical inventory count of raw materials, finished goods and packaging inventory on a monthly basis.  Additionally, raw materials and finished goods inventory are tracked daily based on receipts and production by the warehouse managers.  Spare parts and supplies (with a cost threshold of $25 or more) are subject to periodic cycle counts that are completed as such inventory is received by each plant.  The Los Angeles manufacturing locations perform inventory cycle counts on a weekly basis of their raw materials, parts and supplies and finished goods. During each cycle count process, a certain sub-population of the inventory is counted, with the larger dollar/heavy use items being counted more frequently. A full physical inventory count of packaging is performed on a monthly basis.

At the conclusion of each fiscal year, each of the Debtors operating facilities perform a full physical inventory count of all inventory categories maintained at each location.  The responsibility for conducting the inventory counts is generally with the department supervisors (<u>i.e.</u>, the applicable warehouse manager, distribution manager or maintenance manager).  Following each inventory count, the results are verified and valued by the plant controllers at each manufacturing facility.

j.  <u>SOFA Question 23</u>.  All cash payments to insiders of the Debtors have been listed under SOFA Question 3c, including all forms of cash compensation.  The items listed under SOFA Question 23 incorporate by reference any items listed under SOFA Question 3c, and <u>vice</u> <u>versa</u>.

k.  <u>SOFA Question 24</u>.  In response to SOFA Question 24, the Debtors have identified only those consolidated tax groups that the applicable Debtor has been a member of under the Debtors' current ownership structure.

18.  <u>Assumptions Used in Responding to Specific Questions in the Schedules.</u>

a.  <u>Schedule A</u>.    The amounts shown are based on the March 2012 month end closing account balances, unless otherwise noted.

b.  <u>Schedule B</u>.  The amounts shown are based on the March 2012 month end closing account balances, unless otherwise noted.

c.  <u>Schedule B2</u>.  Cash accounts are presented at book value, unless otherwise noted.  Certain of the Debtors' bank accounts reflect negative balances as a result of checks that have been issued by the applicable Debtor but not yet cashed.

*These Global Notes regarding the Debtors' Schedules and SOFAs comprise an integral part of the Schedules and SOFAs and should be referred to and considered in connection with any review of them.*

d.  <u>Schedule B13</u>.  The book value of equity investments may be significantly different from market value.

e.  <u>Schedule B16</u>.  Trade accounts receivable is net of (1) allowance for doubtful accounts, (2) allowances and discounts and (3) sales in transit.

f.  <u>Schedule B23</u>.  With respect to customer relationships, the Debtors have long-standing relationships with many of the largest national grocery chains and leading food service customers, which the Debtors have valued.  The value of these customer relationships set forth in Schedule B23 is based on appraisals completed in 2008 and is shown net of amortization.

g.  <u>Schedule B35</u>.  In addition to recording entries as intercompany transactions to account for proper allocation among the affiliated Debtors of centralized cash management and payment systems, the Debtors also use intercompany accounts to carry — on a consolidated basis — the book value of historical acquisition activities presently representing investment and shareholders' equity accounts.  The consolidation of such investment and equity accounts into these balances gives rise to a substantial portion of the scheduled intercompany amounts.

h.  <u>Schedule D</u>.  Except as otherwise agreed pursuant to a stipulation, agreed order or general order entered by the Bankruptcy Court, the Debtors reserve all rights to dispute or challenge validity, perfection or immunity from avoidance of any lien purported to be granted or perfected in any specific asset to a secured creditor listed on Schedule D.  Moreover, although the Debtors may have scheduled claims of various creditors as secured claims, the Debtors reserve all rights to dispute or challenge the secured nature of any such creditor's claim or the characterization of the structure of any such transaction or any document or instrument (including, without limitation, any intercompany agreement) related to such creditor's claim.  The descriptions provided in Schedule D are intended only as a summary.  Reference to the applicable security agreements and related documents is necessary for a complete description of the collateral and the nature, extent and priority of any liens.  Nothing in the Global Notes or the Schedules and SOFAs shall be deemed a modification or interpretation of the terms of such agreements.

*These Global Notes regarding the Debtors' Schedules and SOFAs comprise an integral part of the Schedules and SOFAs and should be referred to and considered in connection with any review of them.*

i.  <u>Schedule F</u>.   Schedule F does not include certain deferred charges, deferred liabilities or general reserves. Such amounts, however, are reflected on the Debtors' books and records as required in accordance with GAAP. Such accruals are general estimates of liabilities and do not represent specific claims as of the Commencement Date.  The claims listed in Schedule F arose or were incurred on various dates.  In certain instances, the date on which a claim arose is an open issue of fact. Although reasonable efforts have been made to identify the date of incurrence of each claim, determination of the date that each claim in Schedule F was incurred or arose would be unduly burdensome; therefore, the Debtors do not list a date for each claim listed on Schedule F.

The Debtors participate in a centralized cash management system through which all payments are made by one Debtor on behalf of other Debtors or through which all customer collections are made to one Debtor and transferred to other Debtors.  These payments generally are reported on the Schedules and SOFAs of the Debtor on behalf of which the payment was made.

Certain claims listed on Schedule F may include amounts entitled to administrative priority pursuant to section 503(b)(9) of the Bankruptcy Code.

Intercompany accounts identified on Schedule F generally are comprised of multiple components.  The Debtors record entries as intercompany transactions to account for the proper allocation among the affiliated Debtors of transactions under their centralized cash management and payment systems.  In addition, the Debtors use the same intercompany accounts to carry — on a consolidated basis — the book value of historical acquisition activities presently representing investment and shareholders' equity accounts.  A substantial portion of the scheduled intercompany amounts  related to the inclusion of such equity and investment accounts.

In addition to recording entries as intercompany transactions to account for proper allocation among the affiliated Debtors of centralized cash management and payment systems, the Debtors also use intercompany accounts to carry — on a consolidated basis — the book value of historical acquisition activities presently representing investment and shareholders' equity accounts. The consolidation of such investment and equity accounts into these balances gives rise to a substantial portion of the scheduled intercompany amounts.

*These Global Notes regarding the Debtors' Schedules and SOFAs comprise an integral part of the Schedules and SOFAs and should be referred to and considered in connection with any review of them.*

j.      Schedule G.  The Debtors' business is large and complex.  Although the Debtors' existing records and information systems have been relied upon to identify and schedule executory contracts and unexpired leases and every effort has been made to ensure the accuracy of each Schedule G, inadvertent errors or omissions may have occurred.  The Debtors reserve all rights to dispute the validity, status or enforceability of any contracts, agreements or leases set forth in Schedule G and to amend or supplement Schedule G as necessary.  The contracts, agreements and leases listed therein may have expired or been modified, amended or supplemented from time to time by various amendments, restatements, waivers, estoppel certificates, letters, memoranda and other documents, instruments and agreements, which may not be listed therein.

The presence of a contract or agreement on Schedule G does not constitute an admission that such contract or agreement is an executory contract or unexpired lease.  The Debtors reserve all rights, claims and causes of action with respect to the contracts and agreements listed on Schedule G, including the rights to dispute or challenge the characterization or the structure of any transaction document or instrument.  Certain executory agreements may not have been memorialized in writing and could be subject to dispute. Executory agreements that are oral in nature have not been included in Schedule G.

k.      Schedule H.  Codefendants in litigation matters involving the Debtors are not listed in Schedule H.  In addition, the Debtors may not have identified all Guarantees embedded in the Debtors' executory contracts, unexpired leases, secured financings, debt instruments and other such agreements.  The Debtors reserve all rights to amend or supplement the Schedules to the extent that additional Guarantees are identified or such Guarantees are discovered to have expired or be unenforceable.

19.    Amendment.  The Debtors have made reasonable efforts to prepare and file complete and accurate Schedules and SOFAs.  Despite these efforts, inadvertent errors or omissions may exist.  The Debtors reserve the right to amend and/or supplement the Schedules and SOFAs as may be necessary or appropriate.

*These Global Notes regarding the Debtors' Schedules and SOFAs comprise an integral part of the Schedules and SOFAs and should be referred to and considered in connection with any review of them.*

20.   <u>Limitation of Liability</u>.   The Debtors and their officers, employees, agents, attorneys and financial advisors do not guarantee or warrant the accuracy, completeness or currentness of the data that is provided herein and shall not be liable for any loss or injury arising out of or caused, in whole or in part, by the acts, errors or omissions, whether negligent or otherwise, in procuring, compiling, collecting, interpreting, reporting, communicating or delivering the information contained herein.   The Debtors and their officers, employees, agents, attorneys and financial advisors expressly do not undertake any obligation to update, modify, revise or re-categorize the information provided herein or to notify any third party should the information be updated, modified, revised or re-categorized. In no event shall the Debtors or their officers, employees, agents, attorneys and financial advisors be liable to any third party for any direct, indirect, incidental, consequential or special damages (including, but not limited to, damages arising from the disallowance of a potential claim against the Debtors or damages to business reputation, lost business or lost profits), whether foreseeable or not and however caused.

**B6 Summary (Official Form 6 - Summary) (12/07)**
**UNITED STATES BANKRUPTCY COURT**
**District of Delaware**

In re: **AFA Investment Inc.**                                                                              Case No. **12-11127 (MFW)**

Chapter **11**

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets.  Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| Name of Schedule | Attached (YES/NO) | No. of Sheets | Assets | Liabilities | Other |
|---|---|---|---|---|---|
| A - Real Property | YES | 1 | $0.00 | | |
| B - Personal Property | YES | 14 | $0.00 | | |
| C - Property Claimed as Exempt | NO | N/A | | | |
| D - Creditors Holding Secured Claims | YES | 2 | | $134,845,343.77 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | YES | 3 | | $0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | YES | 2 | | $1,100,000.00 | |
| G - Executory Contracts and Unexpired Leases | YES | 1 | | | |
| H - Codebtors | YES | 2 | | | |
| I - Current Income of Individual Debtor(s) | NO | N/A | | | |
| J - Current Expenditures of Individual Debtor(s) | NO | N/A | | | |
| **TOTAL** | | **25** | **$0.00** | **$135,945,343.77** | |

B6A (Official Form 6A) (12/07)

**In re: AFA Investment Inc.**                                    **Case No. 12-11127 (MFW)**

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a co-tenant, community property, or in which the debtor has a life estate.  Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit.   If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "HWJC."  If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule.  List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim.  See Schedule D.  If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | H W J C | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM OR MORTGAGE |
|---|---|---|---|---|
| NONE | | | | |
| | | Total | **$0.00** | |

(Report total also on Summary of Schedules.)

*  Applicable provisions of the Global Notes are incorporated herein by reference.

B6B (Official Form 6B) (12/07)

In re: **AFA Investment Inc.**                                                                    **Case No. 12-11127 (MFW)**

## SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind.  If the debtor has no property in one or more of the categories, place an "X" in the appropriate position in the column labeled "None".  If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category.   If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "HWJC." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule.  List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."  If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007 (m).

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | H W J C | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1.  Cash on hand. | X | | | $0.00 |
| 2.  Checking, savings or other financial accounts, certificates of deposit or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | X | | | $0.00 |

Subtotal (Total on this page)     **$0.00**

\* Applicable provisions of the Global Notes are incorporated herein by reference.

B6B (Official Form 6B) (12/07) - Cont.

**In re: AFA Investment Inc.**                                                                          **Case No. 12-11127 (MFW)**

# SCHEDULE B - PERSONAL PROPERTY

(Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | H W J C | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 3.  Security deposits with public utilities, telephone companies, landlords, and others. | X | | | $0.00 |
| 4.  Household goods and furnishings, including audio, video, and computer equipment. | X | | | $0.00 |
| 5.  Books; pictures and other art objects; antiques; stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | $0.00 |

Subtotal (Total on this page)          **$0.00**

B6B (Official Form 6B) (12/07) - Cont.

**In re: AFA Investment Inc.**                                                    **Case No. 12-11127 (MFW)**

## SCHEDULE B - PERSONAL PROPERTY

(Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | H W J C | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 6.  Wearing apparel. | X | | | $0.00 |
| 7.  Furs and jewelry. | X | | | $0.00 |
| 8.  Firearms and sports, photographic, and other hobby equipment. | X | | | $0.00 |

Subtotal (Total on this page)        **$0.00**

B6B (Official Form 6B) (12/07) - Cont.

**In re: AFA Investment Inc.**                                                    **Case No. 12-11127 (MFW)**

## SCHEDULE B - PERSONAL PROPERTY

(Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | H W J C | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 9.  Interests in insurance policies.  Name insurance company of each policy and itemize surrender or refund value of each. | | See Schedule B9 Attachment | | Unknown |
| 10.  Annuities. Itemize and name each issuer. | X | | | $0.00 |
| 11.  Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | $0.00 |

Subtotal (Total on this page)        **$0.00**

B6B (Official Form 6B) (12/07) - Cont.

**In re: AFA Investment Inc.**                                                                              **Case No. 12-11127 (MFW)**

## SCHEDULE B - PERSONAL PROPERTY

(Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | H W J C | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 12.  Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | $0.00 |
| 13.  Stock and interests in incorporated and unincorporated businesses. Itemize. | | AFA Foods, Inc.- Common Shares (100%) 860 First Avenue, Suite 9A King of Prussia, PA 19406 | | Unknown |
| 14.  Interests in partnerships or joint ventures. Itemize. | X | | | $0.00 |

Subtotal (Total on this page)          **$0.00**

B6B (Official Form 6B) (12/07) - Cont.

**In re: AFA Investment Inc.**                                                                      **Case No. 12-11127 (MFW)**

## SCHEDULE B - PERSONAL PROPERTY

(Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | H W J C | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 15.  Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | $0.00 |
| 16.  Accounts Receivable. | X | | | $0.00 |
| 17.  Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | $0.00 |

|  | Subtotal (Total on this page) | **$0.00** |
|---|---|---|

B6B (Official Form 6B) (12/07) - Cont.

**In re: AFA Investment Inc.**                                                    **Case No. 12-11127 (MFW)**

## SCHEDULE B - PERSONAL PROPERTY

(Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | H W J C | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 18.  Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | $0.00 |
| 19.  Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A – Real Property. | X | | | $0.00 |
| 20.  Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | $0.00 |

Subtotal (Total on this page)            **$0.00**

B6B (Official Form 6B) (12/07) - Cont.

**In re: AFA Investment Inc.**                                                **Case No. 12-11127 (MFW)**

## SCHEDULE B - PERSONAL PROPERTY

(Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | H W J C | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 21.  Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | $0.00 |
| 22.  Patents, copyrights, and other intellectual property. Give particulars. | X | | | $0.00 |
| 23.  Licenses, franchises, and other general intangibles. Give particulars. | X | | | $0.00 |

Subtotal (Total on this page) | **$0.00**

B6B (Official Form 6B) (12/07) - Cont.

**In re: AFA Investment Inc.**                                                                     **Case No. 12-11127 (MFW)**

## SCHEDULE B - PERSONAL PROPERTY

(Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | H W J C | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 24.  Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | $0.00 |
| 25.  Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | $0.00 |
| 26.  Boats, motors, and accessories. | X | | | $0.00 |

Subtotal (Total on this page)                    **$0.00**

B6B (Official Form 6B) (12/07) - Cont.

**In re: AFA Investment Inc.**                                              **Case No. 12-11127 (MFW)**

## SCHEDULE B - PERSONAL PROPERTY

(Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | H W J C | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 27.  Aircraft and accessories. | X | | | $0.00 |
| 28.  Office equipment, furnishings, and supplies. | X | | | $0.00 |
| 29.  Machinery, fixtures, equipment, and supplies used in business. | X | | | $0.00 |

Subtotal (Total on this page)    **$0.00**

B6B (Official Form 6B) (12/07) - Cont.

**In re: AFA Investment Inc.**                                   **Case No. 12-11127 (MFW)**

## SCHEDULE B - PERSONAL PROPERTY

(Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | H W J C | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 30.  Inventory. | X | | | $0.00 |
| 31.  Animals. | X | | | $0.00 |
| 32.  Crops - growing or harvested.  Give particulars. | X | | | $0.00 |

Subtotal (Total on this page) | $0.00

B6B (Official Form 6B) (12/07) - Cont.

**In re: AFA Investment Inc.**                                                                    **Case No. 12-11127 (MFW)**

## SCHEDULE B - PERSONAL PROPERTY

(Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | H W J C | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 33.  Farming equipment and implements. | X | | | $0.00 |
| 34.  Farm supplies, chemicals, and feed. | X | | | $0.00 |
| 35.  Other personal property of any kind not already listed. Itemize. | X | | | $0.00 |

Subtotal (Total on this page)     **$0.00**

B6B (Official Form 6B) (12/07) - Cont.

**In re: AFA Investment Inc.**                                      **Case No. 12-11127 (MFW)**

## SCHEDULE B - PERSONAL PROPERTY

(Continuation Sheet)

| | |
|---|---|
| Subtotal (Total on this page) | **$0.00** |
| Total | **$0.00** |

(Include amounts from any continuation
sheets attached.  Report total also on
Summary of Schedules.)

**In Re: AFA Foods, Inc.**
**Case No. 12-11128**
Schedule B9
Personal Property - Interests in insurance policies

| Insurer | Description of Policy | Interest in Policy | Net Book Value |
|---|---|---|---|
| ACE | International Package Policy, Foreign Commercial General Liability Insurance, Foreign Commercial Auto Insurance, Foreign Voluntary Workers Compensation Insurance | None | Unknown |
| Liberty International Underwriters | Umbrella Policy | None | Unknown |
| Travelers | Property | None | Unknown |
| Zurich American Insurance Company | Automobile Insurance Churchill Casualty | None | Unknown |
| Zurich American Insurance Company | Commercial General Liability Churchill Casualty | None | Unknown |
| Zurich American Insurance Company | Workers Compensation | None | Unknown |
| Zurich North America | Crime | None | Unknown |
| Zurich North America | Directors & Officers Liability | None | Unknown |

**TOTAL: Unknown**

5/24/2012 4:53 PM
AFA Foods, Inc. Schedule B9.xlsx

* Applicable provisions of the Global Notes are incorporated herein by reference.

B6D (Official Form 6D) (12/07)

In re: **AFA Investment Inc.**                                                                                    **Case No. 12-11127 (MFW)**

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is the creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H – Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "HWJC."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, AND AN ACCOUNT NUMBER *(See Instructions Above.)* | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| See Schedule D Attachment | | | | | | | $134,845,343.77 | Unknown |

|  |  |  |
|---|---|---|
| Subtotal(s) (Total(s) on this page) | **$134,845,343.77** | **$0.00** |
| Total(s) (Use only on last page) | **$134,845,343.77** | **$0.00** |
|  | (Report also on Summary of Schedules) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data) |

**In Re: AFA Investment Inc.**
**Case No. 12-11127**
Schedule D
Creditors Holding Secured Claims

| Creditor's Name | Codebtor | Address 1 | City | State | Zip | Date claim was incurred | Nature of lien and description and value of property subject to lien | Contingent | Unliquidated | Disputed | Amount of claim without deducting value of collateral | Unsecured portion, if any |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| General Electric Capital Corporation, as Agent | X | PO Box 642333 | Pittsburgh | PA | 15264-2333 | 2/9/2010 | First Lien Credit Facility Dated as of February 9, 2010, as Amended and Restated from Time to Time | | | | $62,470,373.55 [1] | Unknown |
| Yucaipa Corporate Initiatives Fund II, LLC, as Agent | X | 9130 W. Sunset Blvd. | West Hollywood | CA | 90069 | 2/9/2010 | Second Lien Credit Facility Dated as of February 9, 2010, as Amended and Restated from Time to Time | | | | $66,145,604.32 | Unknown |
| Yucaipa Corporate Initiatives Fund II, LLC, as Agent | | 9130 W. Sunset Blvd. | West Hollywood | CA | 90069 | 2/9/2010 | Non-Negotiable Subordinated Seller Offset Note Dated as of February 9, 2010 | | | | $6,229,365.90 | Unknown |
| | | | | | | | | | | TOTAL: | $134,845,343.77 | |

[1] This is the amount reflected in the final order approving the Debtors' postpetition financing facility (Docket No. 199) (the "Final DIP Order"), which, as set forth therein, does not include accrued and unpaid interest and any additional fees, costs and expenses.

* Applicable provisions of the Global Notes are incorporated herein by reference.

B6E (Official Form 6E) (04/10)

In re: **AFA Investment Inc.**                                                              **Case No. 12-11127 (MFW)**

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See, 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "HWJC." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☑  Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

TYPES OF PRIORITY CLAIM  (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic Support Obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

*Amounts are subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

B6E (Official Form 6E) (04/10) - Cont.

**In re: AFA Investment Inc.**                                                          **Case No. 12-11127 (MFW)**

☐  **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐  **Deposits by individuals**

Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☐  **Taxes and Certain Other Debts Owed to Governmental Units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐  **Commitments to Maintain the Capital of an Insured Depository Institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐  **Claims for Death or Personal Injury While Debtor Was Intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507 (a)(10).

*Amounts are subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

*  Applicable provisions of the Global Notes are incorporated herein by reference.

B6E (Official Form 6E) (04/10) - Cont.

**In re: AFA Investment Inc.**                                                     **Case No. 12-11127 (MFW)**

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS, INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See Instructions Above.)* | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| NONE | | | | | | | | | |

| | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|
| Subtotals (Totals on this page): | $0.00 | $0.00 | $0.00 |
| Total: (Report also on the Summary of Schedules) | $0.00 | | |
| Totals: (Report also on the Statistical Summary of Certain Liabilities Related Data) | | $0.00 | $0.00 |

B6F (Official Form 6F) (12/07)

In re: AFA Investment Inc.                                                                                    Case No. 12-11127 (MFW)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.   See 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "HWJC."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS, INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See Instructions Above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| See Schedule F Attachment | | | | | | | $1,100,000.00 |

|  | Subtotal (Total on this page) | $1,100,000.00 |
|---|---|---|
|  | Total (Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | $1,100,000.00 |

In Re: AFA Investment Inc.
Case No. 12-11127
Schedule F
Creditors Holding Unsecured Claims

| Creditor's Name | Address 1 | Address 2 | City | State | Zip | Date claim was incurred | Consideration for claim | Subject to setoffs Y/N | Contingent | Unliquidated | Disputed | Total amount of claim |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| California Management Associates II, LLC | 9130 West Sunset Boulevard | | Los Angeles | CA | 90069 | Various | Management Fees from November 2010 - March 2012 | N | | | | $1,100,000.00 |
| City Of Thomasville | Tax Department | PO Box 1397 | Thomasville | GA | 31799 | Various | Annual Thomasville Occupation Tax | N | X | X | X | Unknown |
| Comptroller Of Public Accounts | PO Box 149348 | | Austin | TX | 78714-9348 | Various | Franchise Tax | N | X | X | X | Unknown |
| Department Of The Treasury | Internal Revenue Service | | Cincinnati | OH | 45999-0005 | Various | Tax Form 945 UFG Money Purchase Plan | N | X | X | X | Unknown |
| Franchise Tax Board | PO Box 942857 | | Sacramento | CA | 94257-0551 | Various | California Franchise Tax | N | X | X | X | Unknown |
| Georgia Department Of Revenue | Processing Center | PO Box 740317 | Atlanta | GA | 30374-0317 | Various | Georgia State Income and Use Taxes | N | X | X | X | Unknown |
| Georgia Department Of Revenue | Taxpayer Services Division | PO Box 105596 | Atlanta | GA | 30348-5596 | Various | Georgia Use Tax | N | X | X | X | Unknown |
| Internal Revenue Service | | | Philadelphia | PA | 19255 | Various | Corporate Federal Tax | N | X | X | X | Unknown |
| Los Angeles County Tax Collector | PO Box 54027 | | Los Angeles | CA | 90054-0027 | Various | Los Angeles Property Tax | N | X | X | X | Unknown |
| Los Angeles County Tax Collector | PO Box 54018 | | Los Angeles | CA | 90054-0018 | Various | Los Angeles Property Tax | N | X | X | X | Unknown |
| Michigan Dept. Of Treasury | PO Box 30774 | | Lansing | MI | 48909-8274 | Various | Annual State Incorporation Fee | N | X | X | X | Unknown |
| New York State Corporation Tax | NYS Estimated Corporation Tax | PO Box 4136 | Binghamton | NY | 13902-4136 | Various | State Income Tax | N | X | X | X | Unknown |
| NYS Corporation Tax | Processing Unit | PO Box 22094 | Albany | NY | 12201-2094 | Various | New York State Income Tax | N | X | X | X | Unknown |
| Ohio Treasurer Of State | PO Box 27 | | Columbus | OH | 43216-0027 | Various | Corporate Franchise Tax | N | X | X | X | Unknown |
| PA Dept Of Revenue | PO Box 280427 | Bureau Of Corp Taxes | Harrisburg | PA | 17128-0427 | Various | Capital Stock, Franchise and State Income Taxes | N | X | X | X | Unknown |
| PA Dept Of Revenue | PO Box 280423 | | Harrisburg | PA | 17128-0423 | Various | State Income Tax | N | X | X | X | Unknown |
| PA Sales & Use Tax | PO Box 280909 | | Harrisburg | PA | 17128 | Various | Sales and Use Tax | N | X | X | X | Unknown |
| Panama Central School | Carrie D Finnerty - School Tax Collector | 41 North Main Street | Panama | NY | 14767 | Various | New York School Tax | N | X | X | X | Unknown |
| Potter County Tax Assessor | Robert Miller | PO Box 2289 | Amarillo | TX | 79105-2289 | Various | Texas Property Tax | N | X | X | X | Unknown |
| State Comptroller | Comptroller Of Public Accounts | PO Box 149359 | Austin | TX | 78714-9348 | Various | Texas Franchise Tax | N | X | X | X | Unknown |
| Tarrant Cnty Tax Assessor - Collector | Betsy Price | 100 E Weatherford | Ft Worth | TX | 76196-0301 | Various | Fort Worth Foods Business Personal Property Tax | N | X | X | X | Unknown |
| Tarrant County Tax Assessor - Collector | Ron Wright | 100 E Weatherford | Ft Worth | TX | 76196-0001 | Various | Personal Property Tax | N | X | X | X | Unknown |
| Tax Assessor | Don Sumners | PO Box 4622 | Houston | TX | 77210-4622 | Various | Taxes Property Tax | N | X | X | X | Unknown |
| Upper Merion Township Bldg | Rose Hykel - Tax Collector | 175 W Valley Forge Rd | King Of Prussia | PA | 19406 | Various | King of Prussia - Upper Merion Township Real Estate Tax | N | X | X | X | Unknown |

**TOTAL:** **$1,100,000.00**

* Applicable provisions of the Global Notes are incorporated herein by reference.

B6G (Official Form 6G) (12/07)

**In re: AFA Investment Inc.**                                                          **Case No. 12-11127 (MFW)**

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m)

☑ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT |
|---|---|
| NONE | |

*  Applicable provisions of the Global Notes are incorporated herein by reference.

B6H (Official Form 6H) (12/07)

**In re: AFA Investment Inc.**                                                                 **Case No. 12-11127 (MFW)**

## SCHEDULE  H - CODEBTORS

    Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors.  Include all guarantors and co-signers.  If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight-year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory.  Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case.  If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See, 11 U.S.C. §112 and Fed. Bankr. P. 1007(m)

☐ Check this box if debtor has no codebtors.

| NAME AND  ADDRESS OF CODEBTOR | NAME AND  ADDRESS OF CREDITOR |
|---|---|
| See Schedule H Attachment | |

In re: AFA Investment Inc.
Case No. 12-11127
Schedule H
Codebtors

| Name of codebtor | Address 1 | Address 2 | City | State | Zip | Loan | Name of creditor | Address 1 | City | State | Zip |
|---|---|---|---|---|---|---|---|---|---|---|---|
| AFA Foods, Inc. | 860 First Avenue | Suite 9A | King of Prussia | PA | 19406 | First Lien Credit Facility Dated as of February 9, 2010, as Amended and Restated from Time to Time | General Electric Capital Corporation | PO Box 642333 | Pittsburgh | PA | 15264 |
| American Foodservice Corporation | 860 First Avenue | Suite 9A | King of Prussia | PA | 19406 | First Lien Credit Facility Dated as of February 9, 2010, as Amended and Restated from Time to Time | General Electric Capital Corporation | PO Box 642333 | Pittsburgh | PA | 15264 |
| American Foodservice Investment Company | 860 First Avenue | Suite 9A | King of Prussia | PA | 19406 | First Lien Credit Facility Dated as of February 9, 2010, as Amended and Restated from Time to Time | General Electric Capital Corporation | PO Box 642333 | Pittsburgh | PA | 15264 |
| American Fresh Foods, Inc. | 860 First Avenue | Suite 9A | King of Prussia | PA | 19406 | First Lien Credit Facility Dated as of February 9, 2010, as Amended and Restated from Time to Time | General Electric Capital Corporation | PO Box 642333 | Pittsburgh | PA | 15264 |
| American Fresh Foods, LLC | 860 First Avenue | Suite 9A | King of Prussia | PA | 19406 | First Lien Credit Facility Dated as of February 9, 2010, as Amended and Restated from Time to Time | General Electric Capital Corporation | PO Box 642333 | Pittsburgh | PA | 15264 |
| American Fresh Foods, LP | 860 First Avenue | Suite 9A | King of Prussia | PA | 19406 | First Lien Credit Facility Dated as of February 9, 2010, as Amended and Restated from Time to Time | General Electric Capital Corporation | PO Box 642333 | Pittsburgh | PA | 15264 |
| Fairbank Reconstruction Corporation | 860 First Avenue | Suite 9A | King of Prussia | PA | 19406 | First Lien Credit Facility Dated as of February 9, 2010, as Amended and Restated from Time to Time | General Electric Capital Corporation | PO Box 642333 | Pittsburgh | PA | 15264 |
| United Food Group LLC | 860 First Avenue | Suite 9A | King of Prussia | PA | 19406 | First Lien Credit Facility Dated as of February 9, 2010, as Amended and Restated from Time to Time | General Electric Capital Corporation | PO Box 642333 | Pittsburgh | PA | 15264 |
| AFA Foods, Inc. | 860 First Avenue | Suite 9A | King of Prussia | PA | 19406 | Second Lien Credit Facility Dated as of February 9, 2010, as Amended and Restated from Time to Time | Yucapia Corporate Initiatives Fund, LLC | 9130 West Sunset Blvd. | Los Angeles | CA | 90069 |
| American Foodservice Corporation | 860 First Avenue | Suite 9A | King of Prussia | PA | 19406 | Second Lien Credit Facility Dated as of February 9, 2010, as Amended and Restated from Time to Time | Yucapia Corporate Initiatives Fund, LLC | 9130 West Sunset Blvd. | Los Angeles | CA | 90069 |
| American Foodservice Investment Company | 860 First Avenue | Suite 9A | King of Prussia | PA | 19406 | Second Lien Credit Facility Dated as of February 9, 2010, as Amended and Restated from Time to Time | Yucapia Corporate Initiatives Fund, LLC | 9130 West Sunset Blvd. | Los Angeles | CA | 90069 |
| American Fresh Foods, Inc. | 860 First Avenue | Suite 9A | King of Prussia | PA | 19406 | Second Lien Credit Facility Dated as of February 9, 2010, as Amended and Restated from Time to Time | Yucapia Corporate Initiatives Fund, LLC | 9130 West Sunset Blvd. | Los Angeles | CA | 90069 |
| American Fresh Foods, LLC | 860 First Avenue | Suite 9A | King of Prussia | PA | 19406 | Second Lien Credit Facility Dated as of February 9, 2010, as Amended and Restated from Time to Time | Yucapia Corporate Initiatives Fund, LLC | 9130 West Sunset Blvd. | Los Angeles | CA | 90069 |
| American Fresh Foods, LP | 860 First Avenue | Suite 9A | King of Prussia | PA | 19406 | Second Lien Credit Facility Dated as of February 9, 2010, as Amended and Restated from Time to Time | Yucapia Corporate Initiatives Fund, LLC | 9130 West Sunset Blvd. | Los Angeles | CA | 90069 |
| Fairbank Reconstruction Corporation | 860 First Avenue | Suite 9A | King of Prussia | PA | 19406 | Second Lien Credit Facility Dated as of February 9, 2010, as Amended and Restated from Time to Time | Yucapia Corporate Initiatives Fund, LLC | 9130 West Sunset Blvd. | Los Angeles | CA | 90069 |
| United Food Group LLC | 860 First Avenue | Suite 9A | King of Prussia | PA | 19406 | Second Lien Credit Facility Dated as of February 9, 2010, as Amended and Restated from Time to Time | Yucapia Corporate Initiatives Fund, LLC | 9130 West Sunset Blvd. | Los Angeles | CA | 90069 |

* Applicable provisions of the Global Notes are incorporated herein by reference.

5/24/2012 4:55 PM
AFA Investment Inc. Schedule H.xlsx

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

In re: AFA Investment Inc.                                              Case No. 12-11127 (MFW)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

I, John Grabowski, Executive Vice President and Chief Financial Officer of the corporation named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of 37 sheets , and that they are true and correct to the best of my knowledge, information, and belief.

Date _5/24/2012_____          Signature: _____

                                                          **John Grabowski**

                                             **Executive Vice President and Chief Financial Officer**

---

Penalty for making a false statement or concealing property: Fine of up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C.§§ 152 and 3571.