**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| AFA INVESTMENT INC., *et al.*,[1] | : | Case No. 12-11127 (MFW) |
| Debtors. | : | Jointly Administered |
| | : | **Hearing Date: July 25, 2012 at 11:30 a.m. (ET)**<br>**Objection Deadline: July 20, 2012 at 4:00 p.m. (ET)** |

**NOTICE OF MOTION OF DEBTORS FOR AN ORDER EXTENDING THEIR EXCLUSIVE PERIODS TO FILE A CHAPTER 11 PLAN AND TO SOLICIT ACCEPTANCES THEREOF**

TO: (a) the U.S. Trustee, (b) counsel to the Creditors' Committee, (c) counsel to the agent for the Debtors' prepetition first lien lenders and postpetition lenders, (d) counsel to the agent for the Debtors' prepetition second lien lenders and (e) all entities that have requested notice pursuant to Bankruptcy Rule 2002

**PLEASE TAKE NOTICE** that on July 11, 2012, the above-captioned debtors (collectively, the "Debtors") filed the *Motion of Debtors for an Order Extending Their Exclusive Periods to File a Chapter 11 Plan and to Solicit Acceptances Thereof* (the "Motion"), with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, Wilmington, Delaware 19801 (the "Bankruptcy Court"). A copy of the Motion is attached hereto.

**PLEASE TAKE FURTHER NOTICE** that any response or objection to the relief sought in the Motion must be filed with the Bankruptcy Court on or before **July 20, 2012 at 4:00 p.m. prevailing Eastern Time**.

---

1 The Debtors are the following nine entities (the last four digits of their respective taxpayer identification numbers follow in parentheses): AFA Investment Inc. (0331); American Foodservice Corporation (1780); American Fresh Foods, Inc. (7389); American Fresh Foods, L.P. (7302); AFA Foods, Inc. (0429); American Fresh Foods, LLC (7301); Fairbank Reconstruction Corporation (2405); American Foodservice Investment Company, LLC (9525); and United Food Group LLC (7584). The address of each of the Debtors is 860 First Avenue, Suite 9A, King of Prussia, Pennsylvania 19406.

**PLEASE TAKE FURTHER NOTICE** that at the same time, you must also serve a copy of the response or objection upon: (i) counsel to the Debtors, (a) Jones Day, 555 California Street, 26th Floor, San Francisco, CA 94104 , Attn: Tobias S. Keller, Esq.; (b) Jones Day, 1480 Peachtree Street, N.E., Suite 800, Atlanta, GA 30309, Attn: Jeffrey B. Ellman and Brett J. Berlin; and (c) Pachulski Stang Ziehl & Jones LLP, 919 North Market Street, 17th Floor, P.O. Box 8705, Wilmington, DE 19899-8705 (Courier 19801), Attn: Laura Davis Jones, Esq.; (ii) the Office of the United States Trustee, J. Caleb Boggs Federal Building, 844 N. King Street, Suite 2207, Lock Box 35, Wilmington, DE 19801, Attn: Mark Kenney, Esq.; (iii) counsel to the agent for the Debtors' first priority prepetition and proposed postpetition lenders: (a) Richards, Layton & Finger, P.A., One Rodney Square, 920 North King Street, Wilmington, DE 19801, Attn: Mark D. Collins, Esq.; (b) Sidley Austin LLP, 1313 787 Seventh Avenue, New York, NY 10019, Attn: Michael G. Burke, Esq.; and (c) Sidley Austin LLP, 555 West Fifth Street, 40th Floor, Los Angeles, CA 90013, Attn: Jennifer C. Hagle, Esq.; (iv) counsel to the agent for the Debtors' second priority prepetition lenders: (a) Munger, Tolles & Olson LLP, 355 South Grand Avenue, 35th Floor, Los Angeles CA 90071-1560, Attn: Thomas B. Walper, Esq.; and (b) Morris, Nichols, Arsht & Tunnell LLP, 1201 N. Market Street, 18th Floor, P.O. Box 1347, Wilmington, Delaware 19899 (courier 19801), Attn: Robert J. Dehney, Esq.; and (v) [proposed] counsel to the Official Committee of Unsecured Creditors: (a) McDonald Hopkins LLC, 600 Superior Avenue, East, Suite 2100, Cleveland, OH 44114, Attn: Scott N. Opincar, Esq. and Sean D. Malloy, Esq.; and (b) Potter Anderson Corroon LLP, 1313 N. Market Street, P.O. Box 951, Wilmington, DE 19899-095, Attn: Jeremy R. Ryan, Esq.

**PLEASE TAKE FURTHER NOTICE** THAT IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE FINAL RELIEF REQUESTED IN THE MOTION WITHOUT FURTHER NOTICE OR HEARING.

**PLEASE TAKE FURTHER NOTICE** THAT A HEARING TO CONSIDER THE RELIEF SOUGHT IN THE MOTION WITH RESPECT TO THE MOTION WILL BE HELD BEFORE THE HONORABLE MARY F. WALRATH, UNITED STATES BANKRUPTCY JUDGE, AT THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 NORTH MARKET STREET, FIFTH FLOOR, COURTROOM NO. 4, WILMINGTON, DELAWARE 19801 ON **JULY 25, 2012 AT 11:30 A.M. (PREVAILING EASTERN TIME).**

*[Remainder of page intentionally left blank]*

Dated: July 11, 2012
Wilmington, Delaware

PACHULSKI STANG ZIEHL & JONES LLP

Laura Davis Jones (Bar No. 2436)
Timothy P. Cairns (Bar No. 4228)
Peter J. Keane (Bar No. 5503)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705 (Courier 19801)
Telephone: (302) 652-4100
Facsimile: (302) 652-4400
E-mail: ljones@pszjlaw.com
tcairns@pszjlaw.com
pkeane@pszjlaw.com

-and-

Tobias S. Keller
JONES DAY
555 California Street
26th Floor
San Francisco, California 94104
Telephone: (415) 626-3939
Facsimile: (415) 875-5700
E-mail: tkeller@jonesday.com

Jeffrey B. Ellman
Brett J. Berlin
JONES DAY
1480 Peachtree Street, N.E.
Suite 800
Atlanta, Georgia 30309
Telephone: (404) 581-3939
Facsimile: (404) 581-8330
E-mail: jbellman@jonesday.com
bjberlin@jonesday.com

Counsel to the Debtors and Debtors in Possession