**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| AFA INVESTMENT INC., *et al.*,[1] | : | Case No. 12-11127 (MFW) |
| Debtors. | : | Jointly Administered |

# REPORT BY FTI CONSULTING, INC. OF COMPENSATION EARNED AND EXPENSES INCURRED FOR THE PERIOD FROM JANUARY 1, 2013 THROUGH MARCH 31, 2013

Exhibit A – Summary of Compensation and Expenses

Exhibit B – Summary of Professionals and Hours

Exhibit C – Summary of Expenses

Exhibit D – Summary of Services

Dated: April 26, 2013

**FTI Consulting, Inc.**

By: /s/ [signature]
David J. Beckman
FTI Consulting, Inc.
1001 17th Street, Suite 1100
Denver, CO 80202

[1] The Debtors are the following nine entities (the last four digits of their respective taxpayer identification numbers follow in parentheses): AFA Investment Inc. (0331); American Foodservice Corporation (1780); American Fresh Foods, Inc. (7389); American Fresh Foods, L.P. (7302); AFA Foods, Inc. (0429); American Fresh Foods, LLC (7301); Fairbank Reconstruction Corporation (2405); American Foodservice Investment Company, LLC (9525); and United Food Group LLC (7584). The address of each of the Debtors is 1001 17th Street, Suite 1100, Denver, CO 80202.