Exhibit A

FTI Consulting, Inc.
Summary of Compensation[2] and Expenses – AFA Investment Inc., *et al.*
January 1, 2013 through March 31, 2013

| Period | | | Fees | Expenses | TOTAL |
|---|---|---|---|---|---|
| January 1, 2013 | to | January 31, 2013 | $100,000.00 | $158.94 | $100,158.94 |
| February 1, 2013 | to | February 28, 2013 | $100,000.00 | $520.00 | $100,520.00 |
| March 1, 2013 | to | March 31, 2013 | $50,000.00 | $526.90 | $50,526.90 |
| | | **Total Invoiced** | **$250,000.00** | **$1,205.84** | **$251,205.84** |

2 Under the terms of the Addendum to the FTI Engagement Contract, ("Addendum"), dated February 7, 2013, FTI's compensation is a fixed monthly fee of $100,000 per month for the months of January and February 2013, $50,000 per month for the months of March and April 2013 and $10,000 per month for all months after April 2013.