Exhibit B

FTI Consulting, Inc.
Summary of Professionals and Hours – AFA Investment Inc., *et al.*
January 1, 2013 through March 31, 2013

| Name of Professional | Position Title | Jan-13 | Feb-13 | Mar-13 | TOTAL HOURS |
|---|---|---|---|---|---|
| David J. Beckman | Senior Managing Director and CRO | 17.20 | 11.50 | 6.00 | 34.70 |
| Alan Boyko | Managing Director | 73.10 | 28.80 | 9.80 | 111.70 |
| Daniel Brosious | Director | 80.50 | 23.80 | 25.50 | 129.80 |
| Loren Eggleton | Senior Consultant | 42.30 | 17.90 | 41.70 | 101.90 |
| | **Total Hours** | **213.10** | **82.00** | **83.00** | **378.10** |