## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

-------------------------------------------------------------x

In re                                               : Chapter 11

AFA INVESTMENT INC., *et al.*,[1]                   : Case No. 12-11127 (MFW)

                                                    : (Jointly Administered)

Debtors.                                            :

                                                    **Re: Docket No. 1403**

-------------------------------------------------------------x

### NOTICE OF SUBMISSION OF PROOFS OF CLAIM IN CONNECTION WITH DEBTORS' FIFTH OMNIBUS OBJECTION (SUBSTANTIVE) SEEKING TO (I) DISALLOW CLAIMS FOR WHICH THE DEBTORS HAVE NO LIABILITY AND (II) RECLASSIFY CLAIMS ASSERTED IMPROPERLY AS PRIORITY CLAIMS

**PLEASE TAKE NOTICE** that on February 10, 2014, the above-captioned debtors (collectively, the "Debtors"), in accordance with Local Rule 3007-1(e)(iv), submitted certain proofs of claim (the "Claims") that are the subject of the *Debtors' Fifth Omnibus Objection (Substantive) Seeking to (I) Disallow Claims for Which the Debtors Have No Liability and (II) Reclassify Claims Asserted Improperly as Priority Claims* (the "Fifth Omnibus Objection") [Docket No. 1403] filed on January 24, 2014, which is scheduled for hearing on February 24, 2014, at 10:30 a.m., Eastern Time.

The proofs of claim that are required to be delivered to Chambers pursuant to Del.Bankr.LR 3007-1(e)(iv) (the "Proofs of Claim") have been delivered to Chambers (with all

---

[1] The Debtors are the following nine entities (the last four digits of their respective taxpayer identification numbers follow in parentheses): AFA Investment Inc. (0331); American Foodservice Corporation (1780); American Fresh Foods, Inc. (7389); American Fresh Foods, L.P. (7302); AFA Foods, Inc. (0429); American Fresh Foods, LLC (7301); Fairbank Reconstruction Corporation (2405); American Foodservice Investment Company, LLC (9525); and United Food Group LLC (7584). Each of the Debtors was formerly located at 860 First Avenue, Suite 9A, King of Prussia, Pennsylvania 19406.

attachments) together with a copy of the Fifth Omnibus Objection.  Copies of any Proof of Claim

can be requested from Debtors' counsel.

Dated:  February 10, 2014             PACHULSKI STANG ZIEHL & JONES LLP
        Wilmington, Delaware

                                      _____
                                      Laura Davis Jones (Bar No. 2436)
                                      Timothy P. Cairns (Bar No. 4228)
                                      Peter J. Keane (Bar No. 5503)
                                      919 North Market Street, 17th Floor
                                      P.O. Box 8705
                                      Wilmington, Delaware  19899-8705 (Courier 19801)
                                      Telephone:  (302) 652-4100
                                      Facsimile:  (302) 652-4400
                                      E-mail:  ljones@pszjlaw.com
                                               tcairns@pszjlaw.com
                                               pkeane@pszjlaw.com

                                          -and-

                                      Jeffrey B. Ellman
                                      Brett J. Berlin
                                      Daniel J. Merrett
                                      JONES DAY
                                      1420 Peachtree Street, N.E.
                                      Suite 800
                                      Atlanta, Georgia  30309
                                      Telephone:  (404) 581-3939
                                      Facsimile:  (404) 581-8330
                                      E-mail:  jbellman@jonesday.com
                                               bjberlin@jonesday.com

                                      ATTORNEYS FOR DEBTORS
                                      AND DEBTORS IN POSSESSION

2